## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 09, 2024

Mr. Norman A Abood
Law Office
136 N. Huron Street
Suite 101
Toledo, OH 43604

Re: Case No. 24-3586, *Dreyon Wynn v. University of Toledo*
Originating Case No. 3:22-cv-01899

Dear Counsel,

   This appeal has been docketed as case number **24-3586** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **July 23, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
            Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

  Appellee:  Appearance of Counsel
         Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

  If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Robin L Baker
                Case Manager
                Direct Dial No. 513-564-7014

cc:  Mr. Drew C. Piersall

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3586

DREYON WYNN

        Plaintiff - Appellant

v.

UNIVERSITY OF TOLEDO

        Defendant - Appellee