Case No. 24-3586

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DREYON WYNN

    Plaintiff - Appellant

v.

UNIVERSITY OF TOLEDO

    Defendant - Appellee

Upon consideration of appellant's motion to continue oral argument scheduled for 9:00 a.m. (Eastern Time) on Thursday, May 8, 2025,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: April 08, 2025